BARBARA G. HILL, Plaintiff-Appellant, *v.* RONALD I. MARSHALL *et al.,* Defendants-Appellees.

(No. 70-186;

Second District—April 23, 1971.

Opinion by Mr. JUSTICE ABRAHAMSON.

Bradley, Eaton, Jackman & McGovern, of Chicago, (Theodore A. E. Poehlman, of counsel,) for appellant.

Rathje, Woodward, Dyer & Burt, of Wheaton, for appellees.